ALBANY,
August, 1810.

COLLINS
v.
EVANS.

*Gebhardt*, for the plaintiff in error, contended, that none but natural born, or naturalized citizens, could serve as jurors.

*Adams*, contra.

---

### COLLINS *against* EVANS.

H. BLEECKER, for the defendant, moved for judgment, as in case of nonsuit, for not proceeding to trial, according to the practice of the court.

Though the defendant be insolvent, the plaintiff will not be allowed to discontinue his

suit, without costs, unless the defendant has obtained his discharge, under the insolvent act.

CASES IN THE SUPREME COURT ·

*Rodman*, contra, objected, because the plaintiff's attorney, before the last circuit, gave notice to the defendant's attorney, that the defendant was totally insolvent, and asked leave to discontinue without costs.

It did not appear, that the insolvent had been discharged under the insolvent act.

*Per Curiam.* We have not allowed the plaintiff to discontinue, without costs, in case of the insolvency of the defendant, unless the defendant had obtained his discharge, under the insolvent act.

Rule granted.(*a*)

(*a*) See *Hart* v. *Storey*, (1 *Johns. Rep.* 143.) *Merchants' Bank* v. *Moore*, (2 *Johns. Rep.* 294.)